# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBIN COLLINS § | Docket No. 2:23-cv-04535 |
| § | |
| Versus § | Judge: NANNETTE JOLIVETTE BROWN |
| § | |
| CENTAURI SPECIALTY INSURANCE COMPANY § | Magistrate Judge: MICHAEL B. NORTH |

## VOLUNTARY MOTION TO DISMISS

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss for the reasons set forth below.

1. Plaintiff, ROBIN COLLINS, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 27, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, the Claims Adjustor for Centauri Insurance advised undersigned counsel that this claim was previously settled with the Defendant, CENTAURI SPECIALTY INSURANCE COMPANY, regarding the same property and parties in this instant matter.

Accordingly, upon due consideration of the facts and law, undersigned counsel wishes to voluntarily dismiss this claim.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim.

Respectfully Submitted,

*/s/ Mark Ladd*
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**